# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0866
LT Case No. 2012-CF-0959

_____

JOHN ETHRIDGE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

George Edward Reres, of Rereslaw, LLC, Fort Lauderdale,
for Appellant.

No Appearance for Appellee.

July 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____